| | |
|---|---|
| 1 | Tanya E. Moore. SBN 206683 |
| 2 | MISSION LAW FIRM, A.P.C.<br>332 North Second Street |
| 3 | San Jose, California 95112<br>Telephone (408) 298-2000 |
| 4 | Facsimile (408) 298-6046<br>Email: service@mission.legal |
| 5 | Attorney for Plaintiff<br>Jose Trujillo |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE TRUJILLO, | ) | No. 5:18-cv-00650-NC |
| Plaintiff, | ) ) | [PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION |
| vs. | ) ) ) | |
| LA VINA CARNICERIA Y PESCADERIA, INC. dba LA VINA; STACEY SOUDERS GOLDING, Trustee of the GST-EXEMPT SURVIVOR'S TRUST established June 23, 2006 of the SOUDERS FAMILY TRUST dated August 6, 1980, and as Trustee of the GST EXEMPT RESIDUAL TRUST portion established May 20, 2004 of the SOUDERS FAMILY TRUST dated August 6, 1980; COURTNEY GOLDING JONES, Trustee of the JONES TRUST dated October 25, 2007; JOSHUA GORDON JONES, Trustee of the JONES TRUST dated October 25, 2007; | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

The parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated: _____  _____
United States Ma[gistrate Judge]

[Stamp: GRANTED / signature / Judge Nathanael M. Cousins / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION

Page 1